IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Ellis, David C | Case Number: 07 B 02578 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 3/11/08 | Filed: 2/14/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 28, 2008
Confirmed: April 9, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,600.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,513.60 |
| Trustee Fee: |  | 86.40 |
| Other Funds: |  | 0.00 |
| Totals: | 1,600.00 | 1,600.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,200.00 | 1,513.60 |
| 2. | HSBC Mortgage Services | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 10,200.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 4,535.28 | 0.00 |
| 5. | Illinois Dept Of Healthcare And Family | Priority | 3,222.60 | 0.00 |
| 6. | Wells Fargo Fin Acceptance | Unsecured | 11,459.81 | 0.00 |
| 7. | Nicor Gas | Unsecured | 500.11 | 0.00 |
| 8. | Capital One | Unsecured | 1,041.83 | 0.00 |
| 9. | Illinois State Tollway | Unsecured | 4,908.75 | 0.00 |
| 10. | Illinois Dept of Revenue | Unsecured | 636.49 | 0.00 |
| 11. | Bank Financial | Unsecured |  | No Claim Filed |
| 12. | American Family Insurance | Unsecured |  | No Claim Filed |
| 13. | Cbe Group | Unsecured |  | No Claim Filed |
| 14. | CCS | Unsecured |  | No Claim Filed |
| 15. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 16. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 17. | Sears Roebuck & Co | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 38,704.87 | $ 1,513.60 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 86.40 |
|  | _____ |
|  | $ 86.40 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Ellis, David C | Case Number:  07 B 02578 |
| | Judge:  Hollis, Pamela S |
| Printed:  3/11/08 | Filed:  2/14/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

